FILED
U.S. District Court
District of Kansas
10/22/2026
Clerk, U.S. District Court
By: MSB Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**DANIEL R. POOLE, JR.,**

**Plaintiff,**

**v.** **CASE NO. 26-3344-JWL**

**STATE OF KANSAS, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

On September 16, 2026, the Court granted Plaintiff Daniel R. Poole, Jr. leave to proceed in forma pauperis, ordered him to pay an initial partial filing fee of $5.00 on or before October 16, 2026, and warned him that "[t]he failure to pay the fee as directed may result in the dismissal of this matter without further [prior] notice." (Doc. 5.) The deadline has passed and the Court has received nothing from Plaintiff. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with . . . a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has not timely paid the fee, this matter will be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED**.

Dated on this 22nd day of October, 2026, in Kansas City, Kansas.

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge